| AO 10 | **FINANCIAL DISCLOSURE REPORT** | *Report Required by the Ethics* |
| Rev. 1/2010 | **FOR CALENDAR YEAR 2009** | *in Government Act of 1978* |
| | | *(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pregerson, Dean D. | Central District of California | 05/25/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 312 N. Spring Street<br>Los Angeles, CA 90012 | Reviewing Officer _____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Salvation Army Los Angeles Metropolitan |
| 2. Custodian | Smith Barney U/CA/UTMA |
| 3. Custodian | Smith Barney U/CA/UTMA |
| 4. | |
| 5. | |

2010 JUN 11 A 10: 31 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Pregerson, Dean D.

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/25/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/09 | Self-Employed Consultant/Counselor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | ●5/25/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/25/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Smith Barney | | | | | | | | | |
| 2. - Citibank NA South Dakota Bank Deposit Program | A | Interest | J | T | Open | 06/30/09 | J | | |
| 3. - Microsoft | D | Dividend | N | T | Sold (part) | 09/03/09 | M | F | |
| 4. - Metlife Ins Co of Connecticuit Annuity | | None | M | T | | | | | |
| 5. Smith Barney U/CA/UTMA B | | | | | | | | | |
| 6. - Money Market | A | Dividend | K | T | | | | | |
| 7. - Intel | A | Dividend | J | T | | | | | |
| 8. - Microsoft | A | Dividend | J | T | | | | | |
| 9. - Pfizer Inc | A | Dividend | J | T | | | | | |
| 10. - Tim Hortons Inc | A | Dividend | J | T | | | | | |
| 11. - Wal-Mart Stores INc | A | Dividend | J | T | | | | | |
| 12. - Wendys International Inc | A | Dividend | J | T | | | | | |
| 13. - Fidelity Spartan 500 | A | Dividend | J | T | | | | | |
| 14. - Janus Fund | A | Dividend | J | T | | | | | |
| 15. - Janus Orion | A | Dividend | K | T | | | | | |
| 16. - Israel Due 2014 7th Dev B | A | Dividend | J | T | | | | | |
| 17. Smith Barney U/CA/UTMA D | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/25/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Cash & Moeny Market | A | Dividend | K | T | | | | | |
| 19. - Intel Corp | A | Dividend | J | T | | | | | |
| 20. - Microsoft Corp | A | Dividend | J | T | | | | | |
| 21. - Pfizer Inc | A | Dividend | J | T | | | | | |
| 22. - Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 23. - Fidelity Spartan 500 Index | A | Dividend | J | T | | | | | |
| 24. - Janus Fund Inc | A | Dividend | J | T | | | | | |
| 25. - Janus Invt Fd Twenty Fd | A | Dividend | J | T | | | | | |
| 26. - Janus Orion Fund | A | Dividend | K | T | | | | | |
| 27. Smith Barney IRA #2 | | | | | | | | | |
| 28. - Alliancebernstein International Growth F | A | Dividend | J | T | | | | | |
| 29. - Legg Mason Partners Aggressive Growth Fd | A | Dividend | J | T | | | | | |
| 30. - 2 Legg Mason Partners Appreciation Fund A | A | Dividend | J | T | | | | | |
| 31. Fiduciary Cap Pension Prts DDP | | None | J | U | | | | | |
| 32. Smith Barney IRA #1 | | | | | | | | | |
| 33. - SB Moncy Market | A | Interest | | | Closed | 04/01/09 | K | | |
| 34. - Citibank Bank Deposit Program | A | Interest | | | Closed | 04/01/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/25/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Citicorp Trust Bank, FSB | A | Interest | | | Closed | 04/01/09 | L | | |
| 36. - Citibank NA South Dakota Bank Deposit Pr | B | Dividend | M | T | | | | | |
| 37. - GNMA MATY: 2015 | A | Interest | J | T | | | | | |
| 38. - Fiduciary Cap Pension Prts (Y) | | None | J | U | | | | | |
| 39. - CG Capital Markets - Large Cap Value Inv | C | Dividend | M | T | Buy (add'l) | 07/10/09 | J | | |
| 40. | | | | | Sold (part) | 04/17/09 | J | A | |
| 41. | | | | | Sold (part) | 08/21/09 | J | A | |
| 42. - CG Capital Markets - Small Cap Value Inv | A | Dividend | K | T | Buy (add'l) | 08/21/09 | J | | |
| 43. - CG Capital Markets - Emerging Markets In | A | Dividend | L | T | Buy (add'l) | 08/21/09 | J | | |
| 44. | | | | | Sold (part) | 07/10/09 | J | A | |
| 45. - CG Capital Markets - Internat'l Equity | B | Dividend | L | T | Buy (add'l) | 08/21/09 | J | | |
| 46. | | | | | Sold (part) | 04/17/09 | K | A | |
| 47. | | | | | Sold (part) | 07/10/09 | J | A | |
| 48. - CG Capital Markets - Large Cap Growth | A | Dividend | M | T | Buy (add'l) | 04/17/09 | J | | |
| 49. | | | | | Buy (add'l) | 07/10/09 | J | | |
| 50. | | | | | Sold (part) | 08/21/09 | K | A | |
| 51. - CG Capital Markets - Small Cap Growth | A | Dividend | K | T | Buy (add'l) | 04/17/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/25/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/21/09 | J | | |
| 53.  - Strips-Tint-US Treasury Maty: 2010 | A | Interest | K | T | | | | | |
| 54.  - Money Market | A | Interest | J | T | | | | | |
| 55.  - American Express Centurion Bk CD | B | Interest | L | T | Open | 04/01/09 | L | | |
| 56.  - Capmart Bank CD | B | Interest | L | T | Open | 04/01/09 | L | | |
| 57.  - GMAC Bank CD | B | Interest | L | T | Open | 04/01/09 | L | | |
| 58.  - Keybank Nat'L Association CD | A | Interest | K | T | Open | 04/01/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/25/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/25/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Si

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544